IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Osvaldo de la Fuente and Victor Hugo Tapia Romero </br></br>Plaintiffs, </br></br>v. </br></br>Columbia Recycling Corp. and Gold Pond Corp. </br></br>Defendants. | Civil Action No. </br>4:22-cv-00256-WMR </br></br>**CLASS AND COLLECTIVE ACTION** |

## MOTION FOR CONDITIONAL CERTIFICATION AND COURT-FACILITATED NOTICE

COME NOW Plaintiffs Osvaldo de la Fuente ("Plaintiff Osvaldo") and Victor Hugo Tapia Romero ("Plaintiff Victor") (collectively "Plaintiffs") and, pursuant to 29 U.S.C. § 216(b), move for an Order (1) authorizing Plaintiffs to proceed conditionally as a collective action on behalf of Plaintiffs and other similarly situated employees and former employees for Defendants' failure to pay overtime premiums as mandated under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207; (2) directing Defendants to provide Plaintiffs' counsel with contact information for the putative collective class so that additional similarly situated current and former employees can be promptly notified of their

1

right to participate in this lawsuit; and (3) approving the form of notice to the putative collective classes.

Plaintiffs have submitted a herewith a Memorandum of Law, supporting declarations and exhibits, and a proposed notice to the putative collective classes.

WHEREFORE, Plaintiffs move this Court to enter an Order providing the relief described herein.

Respectfully submitted this day: April 14, 2023.

>
> */s/ Daniel Werner*
> Daniel Werner
> Georgia Bar No. 422070
> dan@decaturlegal.com
> James Radford
> Georgia Bar No. 108007
> james@decaturlegal.com
> RADFORD & KEEBAUGH, LLC
> 315 W. Ponce de Leon Ave., Suite 1080
> Decatur, Georgia 30030
> Telephone: (678) 271-0300
>
> Brian J. Sutherland
> Georgia Bar No. 318380
> brian@beal.law
> Rachel Berlin Benjamin
> Georgia Bar No. 707419
> rachel@beal.law
> BEAL, SUTHERLAND, BERLIN & BROWN, LLC
> 945 East Paces Ferry Road, NE, Suite 2000
> Atlanta, GA 30326

Chris B. Hall
Georgia Bar No. 318380
chall@hallandlampros.com
HALL & LAMPROS, LLP
300 Galleria Parkway, Suite 300
Atlanta, GA 30339
Telephone: (404) 876-8100

*Attorneys for Plaintiffs*

## CERTIFICATE OF FONT AND SERVICE

This is to certify that on April 14, 2023, I prepared the foregoing in Book Antiqua, 13-point type in accordance with L.R. 5.1(C) and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Daniel Werner
Daniel Werner
Attorney for Plaintiffs