IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Osvaldo de la Fuente and Victor Hugo Tapia Romero | )<br>)<br>) Civil Action No.<br>) 4:22-cv-00256-WMR<br>)<br>)<br>)<br>) **CLASS AND COLLECTIVE**<br>) **ACTION**<br>)<br>)<br>) |
| Plaintiffs, | |
| v. | |
| Columbia Recycling Corp. and Gold Pond Corp. | |
| Defendants. | |

## CONSENT MOTION TO MODIFY COURT-FACILITATED NOTICE OF COLLECTIVE ACTION LAWSUIT

Plaintiffs Osvaldo de la Fuente and Victor Hugo Tapia Romero move this Court to modify the Notice of Collective Action Lawsuit to reflect Plaintiffs' counsel's new law firm name and contact information. By email dated December 19, 2023, Gabrielle Moses, counsel for Defendants, indicated Defendants consent to the relief Plaintiffs seek in this Motion.

In support of this Motion, Plaintiffs would state as follows:

1. On April 14, 2023, Plaintiffs filed their Motion for Conditional Certification and Court-Facilitated Notice, Doc. 21 ("Conditional Certification Motion"), seeking conditional certification of three subclasses (Subclasses I, II, and III), *Id.* at 13-20, with a limitations period of three years from the date Plaintiffs filed the lawsuit, *Id.* at 21-22, and requesting a nine-month opt-in period. *Id.* at 23.

Plaintiffs included a proposed Notice of Collective Action Lawsuit with their Conditional Certification Motion. Doc. 21-30.

2. In Plaintiffs' May 12, 2023 reply brief, Plaintiffs withdrew their request for conditional certification of Subclass III, Doc. 37 at 2, agreed that the limitations period should be three years from the date of the notice, rather than from the date Plaintiffs filed the lawsuit, *Id.* at 13, and shortened the proposed opt-in period to ninety-days. *Id.* at 14. Therefore, Plaintiffs attached a Revised Notice of Collective Action Lawsuit reflecting these changes.

3. On October 1, 2023, Radford & Keebaugh, LLC, co-counsel for Plaintiffs and the law firm facilitating the distribution of class notice, changed its name to Radford Scott, LLP. The attorneys associated with the firm also changed their email addresses. Doc. 46 (Plaintiffs' Notice of Change of Plaintiffs' Co-Counsel's Firm Name and Email).

4. On December 4, 2023, the Court entered an order granting Plaintiffs' Conditional Certification Motion. Doc. 48. The Court ordered Defendants to produce contact information for the putative collective members within twenty-one days and directed Plaintiffs to modify the proposed class notice to reflect a limitations period of three years from the date of notice. *Id.* at 12-13.

5. Because the Notice of Collective Action Lawsuit the Court approved contained the Radford & Keebaugh, LLC—rather than the Radford Scott, LLP—law firm name and email addresses, Plaintiffs request that the Court allow them to update the law firm name and email addresses on the Notice before they distribute it to the putative collective members.

6. A redlined version reflecting the changes is attached hereto as Exhibit A, and a "clean" version is attached as Exhibit B.

7. (The Notice still includes "[90 days from the mailing of this notice]" in Section 12, rather than a date certain for the opt-in deadline, because the date hinges on when Defendants produce the putative collective members' contact information. Counsel for Defendants has agreed that Plaintiffs will replace the bracketed text with the date that is ninety days from when Defendants provide the contact information.).

WHEREFORE, Plaintiffs move this Court to enter an Order permitting Plaintiffs to distribute to collective members the modified Notice of Collective Action Lawsuit attached as Exhibit B, with the bracketed text in Section 12 to be replaced with the date that is ninety days from when Defendants provide Plaintiffs with the putative collective members' contact information. Plaintiffs have included a proposed Order with this motion.

Respectfully submitted this day: December 19, 2023.

>    */s/ Daniel Werner*
>    Daniel Werner
>    Georgia Bar No. 422070
>    dwerner@radfordscott.com
>    James Radford
>    Georgia Bar No. 108007
>    jradford@radfordscott.com
>    RADFORD SCOTT, LLP
>    315 W. Ponce de Leon Ave., Suite 1080
>    Decatur, Georgia 30030
>    Telephone: (678) 271-0300

Chris B. Hall
Georgia Bar No. 318380
chall@hallandlampros.com
HALL & LAMPROS, LLP
300 Galleria Parkway, Suite 300
Atlanta, GA 30339
Telephone: (404) 876-8100

Brian J. Sutherland
Georgia Bar No. 318380
brian@beal.law
Rachel Berlin Benjamin
Georgia Bar No. 707419
rachel@beal.law
BEAL, SUTHERLAND, BERLIN &
BROWN, LLC
945 East Paces Ferry Road, NE, Suite 2000
Atlanta, GA 30326

*Attorneys for Plaintiffs*

CERTIFICATE OF FONT AND SERVICE

This is to certify that on December 19, 2023, I prepared the foregoing in Book Antiqua, 13-point type in accordance with L.R. 5.1(C) and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Daniel Werner
Daniel Werner
Co-Counsel for Plaintiffs