IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Osvaldo de la Fuente and Victor Hugo Tapia Romero<br><br>    Plaintiffs,<br><br>v.<br><br>Columbia Recycling Corp. and Gold Pond Corp.; and Total Employee Solution Support, LLC.<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action File No.<br>) 4:22-cv-00256-WMR<br>)<br>) **CLASS ACTION**<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, APPROVING FAIR LABOR STANDARDS SETTLEMENT, AND DIRECTING NOTICE AND OTHER RELIEF**

COME NOW Plaintiffs Osvaldo de la Fuente and Victor Hugo Tapia Romero ("Plaintiff") and Defendants Columbia Recycling Corp. and Gold Pond Corp. ("Defendants") (collectively, "the Parties")[1], by and through their undersigned counsel, and hereby move this Court for entry of an Order preliminarily approving the class action settlement, approving their Fair Labor Standards Act ("FLSA") settlement, directing notice, and other relief.

The Parties have submitted a herewith a Memorandum of Law, supporting exhibits, and a proposed Order granting this Motion.

---

[1] Defendant Total Employee Solution Support, LLC ("TESS") is not a party to the class settlement and is not participating in this motion. Therefore, the term "Defendants" in this motion refers only to CRC and GPC, and "the Parties" does not include TESS.

WHEREFORE, the Parties move this Court to enter an Order providing the relief described herein.

Respectfully submitted this day: February 3, 2025.

| | |
|---|---|
| */s/ Daniel Werner* <br> Daniel Werner <br> Georgia Bar No. 422070 <br> dwerner@radfordscott.com <br> Zachary Panter <br> Georgia Bar No. 822012 <br> zpanter@radfordscott.com <br> RADFORD SCOTT, LLP <br> 125 Clairemont Ave., Suite 380 <br> Decatur, Georgia 30030 <br> Telephone: (678)271-0300 <br><br> Christopher B. Hall <br> Georgia Bar No. 318380 <br> chall@hallandlampros.com <br> HALL & LAMPROS, LLP <br> 300 Galleria Parkway, Suite 300 <br> Atlanta, GA 30339 <br><br> Rachel Berlin Benjamin <br> Georgia Bar No. 707419 <br> rachel@beal.law <br> Brian J. Sutherland <br> Georgia Bar No. 105408 <br> brian@beal.law <br> BEAL SUTHERLAND BERLIN & BROWN LLC <br> 945 East Paces Ferry Rd NE, Suite 2000 <br> Atlanta, GA 30326 <br><br> *Counsel for Plaintiff* | */s/ Samantha R. Mandell (with permission)* <br> Samantha R. Mandell <br> Georgia Bar no. 141689 <br> samantha.mandell@stantonlawllc.com <br> Rob R. Wheeler <br> Georgia Bar No. 160696 <br> rob.wheeler@stantonlawllc.com <br> STANTON LAW, LLC <br> 410 Plasters Avenue, NE <br> Suite 200 <br> Atlanta, Georgia 30324 <br> Telephone: (404) 881-1288 <br><br> *Counsel for Defendants Columbia Recycling Corp. and Gold Pond Corp.* |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Osvaldo de la Fuente and Victor Hugo Tapia Romero　　　　Plaintiffs,<br><br>v.<br><br>Columbia Recycling Corp. and Gold Pond Corp.; and Total Employee Solution Support, LLC.<br><br>　　　　Defendants. | )<br>)<br>) Civil Action File No.<br>) 4:22-cv-00256-WMR<br>)<br>) **CLASS ACTION**<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## CERTIFICATE OF FONT AND SERVICE

This is to certify that on February 3, 2025, I prepared the foregoing in Book Antiqua, 13-point type in accordance with L.R. 5.1(C) and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　*/s/ Daniel Werner*
　　　　　　　　　　　　　　　　Daniel Werner
　　　　　　　　　　　　　　　　Co-Counsel for Plaintiffs