IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Osvaldo de la Fuente and Victor Hugo Tapia Romero<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Columbia Recycling Corp. and Gold Pond Corp.; and Total Employee Solution Support, LLC.<br><br>　　　　Defendants. | Civil Action File No.<br>4:22-cv-00256-WMR<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ORDER PRELIMINARILY APPROVING AMENDED CLASS ACTION SETTLEMENT, APPROVING FAIR LABOR STANDARDS SETTLEMENT, AND DIRECTING NOTICE AND OTHER RELIEF**

COME NOW Plaintiffs Osvaldo de la Fuente and Victor Hugo Tapia Romero ("Plaintiff") and Defendants Columbia Recycling Corp. and Gold Pond Corp. ("Defendants") (collectively, "the Parties")[1], by and through their undersigned counsel, and hereby move this Court for entry of an Order preliminarily approving the amended class action settlement, approving their Fair Labor Standards Act ("FLSA") settlement, directing notice, and other relief.

The Parties have submitted a herewith a Memorandum of Law, supporting exhibits, and a proposed Order granting this Motion.

---

[1] Defendant Total Employee Solution Support, LLC ("TESS") is not a party to the amended class settlement and is not participating in this motion. Therefore, the term "Defendants" in this motion refers only to Columbia Recycling Corp. and Gold Pond Corp, and "the Parties" does not include TESS.

WHEREFORE, the Parties move this Court to enter an Order providing the relief described herein.

Respectfully submitted this day: July 17, 2025.

<div style="display: flex;">

*/s/ Daniel Werner*
Daniel Werner
Georgia Bar No. 422070
dwerner@radfordscott.com
Zachary Panter
Georgia Bar No. 822012
zpanter@radfordscott.com
RADFORD SCOTT, LLP
125 Clairemont Ave., Suite 380
Decatur, Georgia 30030
Telephone: (678)271-0300

Christopher B. Hall
Georgia Bar No. 318380
chall@hallandlampros.com
HALL & LAMPROS, LLP
300 Galleria Parkway, Suite 300
Atlanta, GA 30339

Rachel Berlin Benjamin
Georgia Bar No. 707419
rachel@beal.law
Brian J. Sutherland
Georgia Bar No. 105408
brian@beal.law
BEAL SUTHERLAND BERLIN &
BROWN LLC
945 East Paces Ferry Rd NE, Suite 2000
Atlanta, GA 30326

*Counsel for Plaintiff*

</div>

*/s/ Samantha R. Mandell (with permission)*
Samantha R. Mandell
Georgia Bar no. 141689
samantha.mandell@stantonlawllc.com
Rob R. Wheeler
Georgia Bar No. 160696
rob.wheeler@stantonlawllc.com
STANTON LAW, LLC
410 Plasters Avenue, NE
Suite 200
Atlanta, Georgia 30324
Telephone: (404) 881-1288

*Counsel for Defendants Columbia Recycling Corp. and Gold Pond Corp.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| Osvaldo de la Fuente and Victor Hugo Tapia Romero ) ) ) ) Plaintiffs, ) ) v. ) ) Columbia Recycling Corp. and Gold Pond Corp.; and Total Employee Solution Support, LLC. ) ) ) ) ) Defendants. | Civil Action File No. 4:22-cv-00256-WMR **CLASS ACTION** **JURY TRIAL DEMANDED** |

## CERTIFICATE OF FONT AND SERVICE

This is to certify that on July 17, 2025, I prepared the foregoing in Book Antiqua, 13-point type in accordance with L.R. 5.1(C) and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

<div style="text-align:right">

*/s/ Daniel Werner*
Daniel Werner
Co-Counsel for Plaintiffs

</div>